UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA MICHELLE PRECIADO<br><br>Defendant. | Case No. 18-CR-3262-JLS<br><br>Hon. Janis L. Sammartino<br><br>ORDER TO PERMIT SERVICE PROVIDER VISITATION FOR DEFENDANT AT OTAY MESA |

Good Cause Having Been Shown, IT IS HEREBY ORDERED that Otay Mesa Detention Facility and United States Marshal Service permit service providers from Stepping Stone Inc. of San Diego to visit Defendant Andrea Michelle Preciado to conduct a screening intake at the detention facility on or before November 5, 2021.

**SO ORDERED.**

Dated: October 26, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge